# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01002-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE COURT TO TAKE NOTICE OF OFFERED CONSENT DECREE<br><br>[ECF No. 32] |

Plaintiff Lyralisa Lavena Stevens is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 22, 2019, Plaintiff filed a motion for the Court to take notice of the offered consent decree. (ECF No. 32.) Plaintiff is advised that settlement offers and/or negotiations between the parties shall not be filed with the Court and the parties are free to engage in ongoing settlement negotiations amongst themselves. If both parties believe a settlement conference will be beneficial, they may contact the Court and a settlement conference will be arranged. Accordingly, Plaintiff's motion for the Court to take notice of the offered consent decree is denied.

IT IS SO ORDERED.

Dated: **March 7, 2019**

                                      UNITED STATES MAGISTRATE JUDGE