# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01002-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF TRANSCRIPTS<br><br>[ECF No. 44] |

On March 28, 2019, the instant civil rights action filed by Plaintiff Lyralisa Lavena pursuant to 42 U.S.C. § 1983, was dismissed and judgment was entered. On April 22, 2019, Plaintiff filed a notice of appeal.

Currently before the Court is Plaintiff's request for a copy of the transcripts, filed May 10, 2019.

A litigant who has been granted in forma pauperis status may move to have transcripts produced at government expense. See 28 U.S.C. § 753(f); McKinney v. Anderson, 924 F.2d 1500, 1511-12 (9th Cir. 1991). Two statutes shall be considered when ruling on a request for transcripts at government expense. See 28 U.S.C. § 1915(c), 28 U.S.C. § 753(f).

Section 1915(c) states:

(c) Upon the filing of an affidavit in accordance with subsections (a) and (b) and the prepayment of any partial filing fee as may be required under subsection (b), the court may

1

direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, if such printing is required by the appellate court; (2) preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code; and (3) printing the record on appeal if such printing is required by the appellate court, in the case of proceedings conducted pursuant to section 636(c) of this title. Such expenses shall be paid when authorized by the Director of the Administrative Office of the United States Courts.

28 U.S.C. § 1915(c).

Section 753(f), allows the Court to order the government to pay for transcripts only if "the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." 28 U.S.C. A request for transcript at government expense should not be granted unless the appeal presents a substantial question. <u>Henderson v. United States</u>, 734 F.2d 483, 484 (9th Cir. 1984). Based on a review of the notice of appeal and motion, the Court finds that the appeal does not present a substantial question and the request for a transcript at government expense is denied. Plaintiff may renew his request for a transcript at government expense with the appellate court by filing a motion there if he wishes. In addition, Plaintiff is notified that the appellate court has access to the court's electronic file in this case, and will request any necessary documents that are in the record directly from this Court.

Accordingly, Plaintiff's request for a copy of the transcript of the proceedings in this Court is DENIED.

IT IS SO ORDERED.

Dated: **May 13, 2019**

UNITED STATES MAGISTRATE JUDGE