1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  PREETI BAJWA, State Bar No. 232484
   Supervising Deputy Attorney General
3  LE-MAI D. LYONS, State Bar No. 285756
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7340
6   E-mail: LeMai.Lyons@doj.ca.gov
   *Attorneys for Defendants*
7  *Beard, Carrick, Choy, Coffin, Cornish, Cryer,*
   *Enenmoh, Hurtado, Igbinosa, Kanan, Kernan,*
8  *Lewis, Podratz, and Ugwueze*

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      FRESNO DIVISION

12

13

14 | **LYRALISA LAVENA STEVENS,** | 1:17-cv-01002 AWI SAB (PC) |
   | --- | --- |
   | Plaintiff, | **DEFENDANTS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT** |

15

16                    v.

17 **JEFFREY BEARD, et al.,**

| | Date:        July 11, 2023 |
| --- | --- |
| | Time:        9:30 a.m. |
| | Courtroom:  via Zoom videoconference |
18 | Defendants. | Judge:       The Honorable Barbara A. McAuliffe |
19 | | Trial Date:   Not Set |
   | | Action Filed: July 28, 2017 |

20

21       In accordance with the Court's Order Referring Case to Post-Screening ADR and Staying

22  Case (ECF No. 65), Defendants file this notice of submission indicating that on today's date, they

23  submitted their Confidential Settlement Statement via email to Magistrate Judge McAuliffe

24  (bamorders@caed.uscourts.gov).

25  / / /

26  / / /

27  / / /

28

                                           1

1     Dated:  July 5, 2023

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

ROB BONTA
Attorney General of California
PREETI BAJWA
Supervising Deputy Attorney General

*/s/ Le-Mai D. Lyons*

LE-MAI D. LYONS
Deputy Attorney General
*Attorneys for Defendants*
*Beard, Carrick, Choy, Coffin, Cornish,*
*Cryer, Enenmoh, Hurtado, Igbinosa, Kanan,*
*Kernan, Lewis, Podratz, and Ugwueze*

SA2017306200
37284224.docx

Defs.' Not. Submission of Conf. Sett. Stmt.  (1:17-cv-01002 AWI SAB (PC))

# CERTIFICATE OF SERVICE

Case Name:   **Lyralisa Lavena Stevens v.**          No.   **1:17-cv-01002 AWI SAB (PC)**
                 **Jeffrey Beard, et al.**

I hereby certify that on <u>July 5, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> ➢ **DEFENDANTS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 5, 2023</u>, at Sacramento, California.

|  |  |
|---|---|
| K. Vitalie | */s/ K. Vitalie* |
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>July 5, 2023</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Lyralisa Lavena Stevens, T-79267
California Substance Abuse Treatment
Facility & State Prison, Corcoran
P.O. BOX 5240
Corcoran, CA 93212
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 5, 2023</u>, at Sacramento, California.

|  |  |
|---|---|
| M. Romo | */s/ M. Romo* |
| Declarant for Service by U.S. Mail | Signature |

SA2017306200/37315616.docx