# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY A. BEARD, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01002-JLT-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS, DENYING MOTION TO VACATE SETTLEMENT CONFERENCE AS MOOT, AND CONTINUING SETTLEMENT TO OCTOBER 18, 2023, AT 9:30 A.M. BEFORE MAGISTRATE JUDGE BARBARA A. McAULIFFE<br><br>(ECF Nos. 68, 71, 73) |

Plaintiff Lyralisa Lavena Stevens is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 11, 2023, Magistrate Judge Barbara A. McAuliffe held a video settlement conference via Zoom. Plaintiff appeared pro se and Deputy Attorney General Le-Mai Lyons appeared on behalf of Defendants. (ECF No. 73.) At the conference, Plaintiff requested a continuance because she is in the process of retaining private counsel to represent her in this case. (Id.) In light of Plaintiff' representation, the Court continued the settlement conference to October 18, 2023, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe. (Id.) The Court also ordered the case stayed until October 20, 2023, and directed Plaintiff to file a status report on or before September 15, 2023. (Id.)

///

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The writ of habeas corpus issued on June 12, 2023 (ECF No. 68) is VACATED;
2. Defendants' request to vacate the July 11, 2023, settlement conference (ECF No. 71) is denied as MOOT;
3. The settlement conference is continued to **October 18, 2023, at 9:30 a.m.** before Magistrate Judge Barbara A. McAuliffe via Zoom;
4. The case is stayed until October 20, 2023; and
5. Plaintiff shall file a status report on or before **September 15, 2023**.

IT IS SO ORDERED.

Dated:   **July 11, 2023**

UNITED STATES MAGISTRATE JUDGE

2