1 Lyralisa Lavena Stevens-Plaintiff
  48150 Keaton Way
2 Indio CA. 92201-8464

3 IN PRO SE

4

5 United States District Court
  Eastern District of California
6 Office of the Clerk
  2500 Tulare Street, Room 1501
7 U.S. Courthouse Building
  Fresno, California 93721-2201
8

9 In Re: Status Report for case Number;1:17-cv-01002-AWI-SAB(PC)

10

11 DEAR COURT;

12

13     Plaintiff Ms. Lyralisa Lavena Stevens, proceeding pro se,
14 and in forma pauperis in this civil rights action- filed
15 pursuant to Title 42 U.S.C. §1983, hereby lodging with the
16 Court, a Status report concerning perspective representation.
17
18     Plaintiff has remained constant in negotiations with the
19 law firm entitled Saunders & Associates, yet to date,
20 the firms attorneys have not advanced a contract for terms
21 of representation, thus Plaintiff is still in pro se.
22
23 Respectfully submitted,
24 _____                    Aug.18,2023
25 Lyralisa Stevens-Plaintiff

FILED
AUG 21 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

RECEIVED
AUG 21 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK