UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>               Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.<br><br>               Defendants. | No. 1:17-cv-01002-JLT-SAB (PC)<br><br>ORDER LIFTING STAY OF CASE AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 65, 76) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 18, 2023, a settlement conference was held before Magistrate Judge Barbara A. McAuliffe and the parties did not reach a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. The stay of the case issued on April 4, 2023, is lifted; and

2. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: __October 19, 2023__                        _____
                                                             UNITED STATES MAGISTRATE JUDGE