UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY BEARD, et al.<br><br>  Defendants. | No. 1:17-cv-01002-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO VACATE DEADLINES PENDING THE COURT'S DECISION ON MOTION FOR TERMINATING SANCTIONS<br><br>(ECF No. 90) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On November 25, 2024, Defendants filed a motion for terminating sanctions based on Plaintiff's failure to participate in her deposition. (ECF No. 88.)

Currently before the Court is Defendants' motion to vacate deadlines pending the Court's decision on the motion for terminating sanctions, filed December 2, 2024.

Good cause having been presented, it is HEREBY ORDERED that all current deadlines are VACATED, to be reset if necessary after resolution of the pending motion for terminating sanctions.

IT IS SO ORDERED.

Dated:  **December 3, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1