# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>         Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.<br><br>         Defendants. | Case No. 1:17-cv-1002 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION FOR TERMINATING SANCTIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Docs. 88, 92) |

Lyralisa Lavena Stevens, a former state prisoner, asserts the defendants violated her civil rights under the Eighth Amendment by denying gender-affirming surgery. (Doc. 1; *see also* Doc. 49 at 1-2.) Defendants move for terminating sanctions after Plaintiff failed to appear at her deposition, despite the Court's order directing her to participate in the deposition. (Doc. 88.)

The magistrate judge found Plaintiff failed to comply with the order to appear in person at a deposition, despite a warning that failure to comply would result in dismissal. (*See* Doc. 92 at 11; *see also* Doc. 87.) The magistrate judge considered each of the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986), and found the factors weighed in favor of dismissal. (Doc. 92 at 3, 6-11.) Therefore, the magistrate judge recommended the Court grant Defendants' motion for terminating sanctions and dismiss the action with prejudice. (*Id.* at 11.)

1    The Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 30 days. (Doc. 92 at 11.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated January 27, 2025 (Doc. 92) are **ADOPTED** in full.
2. Defendants' motion for terminating sanctions (Doc. 88) is **GRANTED**.
3. The action is **DISMISSED** with prejudice.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 20, 2025**

UNITED STATES DISTRICT JUDGE